VALERIE G. CAMPBELL, SBN 291127
LEMONLAW123.COM INC
155 N. Riverview Dr.
Anaheim, California 92808
Telephone: (657) 529-5239
Facsimile: (657) 214-4795
Email: valerie@lemonlaw123.com

Attorney for Plaintiffs Alan Valdez Ortuno and Brenda Gutierrez

BRIAN C. VANDERHOOF (SBN 248511)
JONATHAN WON (SBN 293910)
LEWIS BRISBOIS BISGAARD & SMITH LLP
45 Fremont Street, Suite 3000
San Francisco, CA 94105
Telephone: (213) 680-5064
Facsimile: (213) 250-7900
Email: Brian.Vanderhoof@lewisbrisbois.com
       Jonathan.Won@lewisbrisbois.com

Attorneys for Defendant FORD MOTOR COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALAN VALDEZ ORTUNO, an individual; and BRENDA GUTIERREZ, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>FORD MOTOR COMPANY, a Delaware Corporation; and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No: 1:23-CV-00554-BAM<br><br>**[PROPOSED] ORDER TO CONTINUE DEADLINE FOR PLAINTIFF'S MOTION TO REMAND**<br><br>Complaint Filed: March 6, 2023<br>Trial Date: not yet set |

The Court, having considered the Stipulation of the Parties to continue Plaintiffs' deadline for filing a Motion to Remand, and upon finding that good cause exists, hereby ORDERS as follows: Plaintiffs' deadline for filing a Motion for Remand, currently set for May 7, 2023, is continued to August 7, 2023.

IT IS SO ORDERED.

Dated:   **May 5, 2023**

*/s/ Jennifer L. Thurston*
UNITED STATES DISTRICT JUDGE

1

[PROPOSED] ORDER TO CONTINUE DEADLINE FOR PLAINTIFF'S MOTION TO REMAND